FILED: August 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Beaufort |
| Originating Case Number | 9:22-cr-00658-RMG-1 |
| Date notice of appeal filed in originating court: | 08/08/2023 |
| Appellant(s) | Russell Lucius Laffitte |
| Appellate Case Number | 23-4509 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |