# Exhibit B
*(Dkt. # 205 – Juror Notes)*

*(This Dkt. # is sealed and redacted)*