# Exhibit C
*(Dkt. # 212 – Sealed In Camera Transcript)*

*(This Dkt. # is sealed and redacted)*