# Exhibit D

*(Dkt. # 257 – Affidavit of Juror No. 88)*

*(This Dkt. # is sealed and redacted)*