# Exhibit E
*(Dkt. # 258 – Affidavit of Juror No. 93)*

*(This Dkt. # is sealed and redacted)*