# Exhibit F

*(Dkt. # 256 – Affidavit of Juror No. 55)*

*(This Dkt. # is sealed and redacted)*