# Exhibit H

*(Dkt. # 242 – Defendant's Brief Regarding Admissibility of Jurors' Affidavits)*

*(This Dkt. # is sealed and redacted)*