# Exhibit I
*(Dkt. # 254 – Defendant's Supplemental Motion for New Trial)*

**(This Dkt. # is sealed and redacted)**