# Exhibit J

*(Dkt. # 269 – Sealed Order)*

*(This Dkt. # is sealed and redacted)*