# Exhibit M

*(Dkt. # 317 – Statement of Reasons)*

*(This Dkt. # is sealed and redacted)*