**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 15, 2023

_____

RESPONSE REQUESTED

_____

No. 23-4509,    <u>US v. Russell Laffitte</u>
                9:22-cr-00658-RMG-1

TO:     United States of America

RESPONSE DUE: 08/22/2023

Response is required to the motion for bail or release pending appeal on or before 08/22/2023.

Naeemah R. Sims, Deputy Clerk
804-916-2704