Docket No. 23-4509

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

United States of America ................................................................Plaintiff-Appellee,

v.

Russell Lucius Laffitte ..............................................................Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA,
BEAUFORT DIVISION, RICHARD M. GERGEL, DISTRICT JUDGE

---

**DEFENDANT-APPELLANT'S NOTICE OF FILING OF ADDITIONAL EXHIBIT TO MOTION FOR RELEASE PENDING APPEAL**

---

William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205-254-1000
Fax: 205-254-1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant*
*Russell Lucius Laffitte*

Appellant Russell Lucius Laffitte ("Laffitte"), by and through undersigned counsel, hereby notifies this Court of the filing of an additional exhibit – the transcript of his sentencing hearing – to his Motion for Release Pending Appeal.

As noted in the Motion for Release Pending Appeal, undersigned counsel ordered the transcript on August 7, 2023, but had not yet received it on August 14, 2023 when the Motion for Release Pending Appeal was filed. *See Mot.* at 16 n.10. The Motion noted that undersigned counsel would provide the transcript to this Court once it was available. *Id.* Undersigned counsel received the transcript on August 17, 2023.

The transcript is a necessary exhibit to the Motion for Release Pending Appeal because, after announcing the sentence, the district court did not allow Laffitte to submit briefing and denied an oral motion for an appeal bond. *See* Hearing Tr. at 199-201. Therefore, the transcript contains the record of the district court's denial of an appeal bond.

Dated: August 18, 2023

Respectfully submitted,

*/s/ William W. Wilkins*
William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205.254.1000
Fax: 205.254.1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant Russell Lucius Laffitte*

## **CERTIFICATE OF COMPLIANCE**

As required by Rule 32(g)(1) of the Federal Rules of Appellate Procedure, I hereby certify that this filing is in compliance with the type form and volume requirements. This Motion was prepared using Microsoft Word 2016. It is proportionately spaced; uses a Roman-style, serif typeface (Times New Roman) of 14-point; and contains 160 words exclusive of the material not counted under Rule 32(f) of the Federal Rules of Appellate Procedure.

Dated: August 18, 2023            */s/ William W. Wilkins*
                                                  William W. Wilkins
                                                  Maynard Nexsen PC

                                                  *Counsel for Defendant-Appellant*
                                                  *Russell Lucius Laffitte*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2023, the foregoing filing was served on counsel of record for all parties through the CM/ECF system.

| | |
|---|---|
| Dated: August 18, 2023 | */s/ William W. Wilkins* <br> William W. Wilkins <br><br> *Counsel for Defendant-Appellant* <br> *Russell Lucius Laffitte* |