No. 23-4509

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA ............................................ *Plaintiff-Appellee*,

*Versus*

RUSSELL LUCIUS LAFFITTE ............................................ *Defendant-Appellant.*

**SUPPLEMENT TO APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANT'S MOTION FOR BAIL/RELEASE PENDING APPEAL**

On August 14, 2023, Appellate Russell Lucius Laffitte filed a Motion for Bail/Release Pending Appeal. ECF No. 12. On August 15, the Court ordered the Government to respond to the motion by Tuesday, August 22. ECF No. 15. On August 17, the Government requested a three-day extension of time in which to file a its response because the Government needed to rely on the sentencing transcript to prepare its response, and the transcript was not received until that afternoon. ECF No. 16. On August 18, Laffitte was notified that he must report to the Bureau of Prisons by September 14. *See* ECF No. 17. Laffitte informed the Court that he consented to the Government's motion for a three-day extension because the Government had consented to a one-week extension of Laffitte's report date. *Id.* at 2.

On August 21, Laffitte filed a consent motion to extend his report date in the district court. *Consent Motion for Extension of Reporting Date*, *United States v. Laffitte*, No. 9:22-cr-658-RMG, ECF No. 324. The district court has granted the motion and extended Laffitte's report date to September 21. *Id.*, ECF No. 325.

For the foregoing reasons, and those cited in the Government's motion for an extension, ECF No. 16, the Government respectfully requests that this Honorable Court grant a three-day extension of time, up to and including Friday, August 25, 2023, to file its response to Laffitte's motion.

                    Respectfully submitted,

                    ADAIR F. BOROUGHS
                    UNITED STATES ATTORNEY

                    By: */s/Emily Evans Limehouse*
                    Emily Evans Limehouse
                    Assistant United States Attorney
                    151 Meeting Street, Suite 200
                    Charleston, SC 29401
                    Tel. (843) 727-4381
                    Email: Emily.Limehouse@usdoj.gov

August 21, 2023