FILED: August 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to extend filing time for the response to the motion for release pending appeal, the court grants the motion and extends the deadline to 08/25/2023.

For the Court

/s/ Patricia S. Connor, Clerk