IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:22-658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | |

**GOVERNMENT'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANT'S MEMORANDUM REGARDING THE APPLICABILITY OF RULE 606(b) AND SUPPLEMENTAL MOTION FOR A NEW TRIAL**

**EXHIBIT A – Dkt. 260**

**PLACEHOLDER**