Docket No. 23-4509

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

United States of America .................................................................Plaintiff-Appellee,

v.

Russell Lucius Laffitte ..............................................................Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA,
BEAUFORT DIVISION, RICHARD M. GERGEL, DISTRICT JUDGE

———————————————————

## DEFENDANT-APPELLANT'S NOTICE OF INTENT TO FILE REPLY
———————————————————

William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205-254-1000
Fax: 205-254-1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant*
*Russell Lucius Laffitte*

Appellant Russell Lucius Laffitte ("Laffitte"), by and through undersigned counsel, hereby notifies this Court of his intent to file a Reply to the Government's Response to Motion for Release Pending Appeal, which was filed today, August 25, 2023. Laffitte intends to file his Reply by Tuesday, August 29, 2023.

Dated: August 25, 2023              Respectfully submitted,

*/s/ William W. Wilkins*
William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205.254.1000
Fax: 205.254.1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant*
*Russell Lucius Laffitte*

1

# CERTIFICATE OF SERVICE

I certify that on August 25, 2023, the foregoing filing was served on counsel of record for all parties through the CM/ECF system.

Dated: August 25, 2023                 */s/ William W. Wilkins*
                                        William W. Wilkins

                                        *Counsel for Defendant-Appellant*
                                        *Russell Lucius Laffitte*