FILED: August 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the government's response to the motion for bail or release pending appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk