FILED: August 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

  Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the government's motion to exceed the length limitations for the response, the court grants the motion.

    For the Court

    /s/ Patricia S. Connor, Clerk