Docket No. 23-4509

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

United States of America ............................................................Plaintiff-Appellee,

v.

Russell Lucius Laffitte .........................................................Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA,
BEAUFORT DIVISION, RICHARD M. GERGEL, DISTRICT JUDGE

## DEFENDANT-APPELLANT'S MOTION FOR EXCESS WORDS

William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205.254.1000
Fax: 205.254.1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant*
*Russell Lucius Laffitte*

Defendant Russell Lucius Laffitte ("Laffitte") respectfully requests that this Court grant him leave to exceed the 2,600-word limit allowed by Federal Rule of Appellate Procedure 27(d)(2)(C) when filing his forthcoming Reply to the Government's Response to his Motion for Release Pending Appeal ("Reply"). Counsel for the Government consents to this Motion.

Good cause exists to exceed the word limit in Rule 27. As with the Motion and the Government's Response, which both exceeded the word limits in Rule 27,[1] there are several complex legal issues raised by the Government to which Laffitte must Reply. In order to do so effectively, the Reply must cite extensively to significant portions of the trial transcripts, affidavits, juror notes, and other material from the record. These materials are lengthy, but are important to reference to fully argue to this Court regarding the merits of his arguments as to why Laffitte should remain on bond pending appeal.

Laffitte's counsel intends the Reply to be no more than 6,500 words, excluding the exemptions enumerated in Rule 32(f). As noted above, counsel for the Government consents to the granting of this Motion and good cause exists to allow excess words. Therefore, Laffitte respectfully requests this Motion be granted.

---

[1] In fact, the Government's Response was lengthier than Laffitte's initial Motion and, on August 28, 2023, this Court granted the Government's Motion to Exceed Length Limitations.

1

Dated: August 29, 2023	Respectfully submitted,

*/s/ William W. Wilkins*
William W. Wilkins
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29603-0648
Phone: 864.370.2211
Fax: 864.282.1177
Email: bwilkins@maynardnexsen.com

Mark C. Moore
Michael A. Parente
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
Fax: 803.253.8277
Email: mmoore@maynardnexsen.com
Email: mparente@maynardnexsen.com

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: 205.254.1000
Fax: 205.254.1999
Email: jneiman@maynardnexsen.com

*Counsel for Defendant-Appellant
Russell Lucius Laffitte*

## **CERTIFICATE OF COMPLIANCE**

As required by Rule 32(g)(1) of the Federal Rules of Appellate Procedure, I hereby certify that this Motion is in compliance with the type form and volume requirements. This Motion was prepared using Microsoft Word 2016. It is proportionately spaced; uses a Roman-style, serif typeface (Times New Roman) of 14-point; and contains 201 words exclusive of the material not counted under Rule 32(f) of the Federal Rules of Appellate Procedure.

Dated: August 29 2023               */s/ William W. Wilkins*
                                    William W. Wilkins

                                    *Counsel for Defendant-Appellant*
                                    *Russell Lucius Laffitte*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2023, the foregoing filing was served on all counsel of record for the parties through the CM/ECF system.

Dated: August 29, 2023        */s/ William W. Wilkins*
                                                     William W. Wilkins

                                                     *Counsel for Defendant-Appellant*
                                                     *Russell Lucius Laffitte*