FILED: August 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion for excess words, the court grants leave to file a reply not to exceed 6,500 words.

For the Court

/s/ Patricia S. Connor, Clerk