IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:22-658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | |

**ORDER REGARDING LAFFITTE REQUEST
RE JUROR 88 AFFIDAVIT**

**<u>EXHIBIT C – Dkt. 282</u>**

**PLACEHOLDER**