FILED: September 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

Defendant - Appellant

_____

No. 23-4566
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RUSSELL LUCIUS LAFFITTE

Defendant - Appellee

_____

O R D E R

_____

The court consolidates Case No. 23-4509 and Case No. 23-4566 as cross-appeals. The appellant in Case No. 23-4509 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                                For the Court--By Direction

                                                /s/ Nwamaka Anowi, Clerk