# Exhibit A
*(First Consent Motion for Extension of Reporting Date)*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

### CONSENT MOTION FOR EXTENSION OF REPORTING DATE

Defendant Russell Lucius Laffitte ("Mr. Laffitte"), by and through undersigned counsel, with consent of counsel for the government, respectfully moves this Court for an extension of his reporting deadline.

On August 8, 2023, Mr. Laffitte notified this Court of his intention to appeal. *See* ECF No. 319. On August 14, 2023, Mr. Laffitte filed a Motion for Release Pending Appeal with the Fourth Circuit Court of Appeals. The Fourth Circuit set a deadline of August 22, 2023 for a response from the government. The government has since moved for a three-day extension to respond. Mr. Laffitte intends to file a reply to the government's forthcoming response.

On August 18, 2023, Mr. Laffitte was notified that he must report to a Bureau of Prisons facility by September 14, 2023 at 12 p.m. Because the Fourth Circuit has not yet ruled on his Motion for Release, Mr. Laffitte requested the government's consent to extend his reporting date. The government has consented to a one-week extension – until September 21, 2023 – for Mr. Laffitte to report. As such, Mr. Laffitte respectfully requests (with the government's consent) that this Honorable Court grant this one-week extension of his report date, extending his deadline to report until September 21, 2023.

*[signature page follows]*

Respectfully submitted,

s/Mark C. Moore
--------------------------------
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Maynard Nexsen PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC 29202
Phone: 803.771.8900
Fax: 803.727.1458
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400 (29401)
Post Office Box 486
Charleston, SC 29402
Phone: 843.577.9440
CShoun@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

August 21, 2023
Columbia, South Carolina