# Exhibit B
*(Text Order on First Motion)*

| | |
|---|---|
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 9:22-cr-00658-RMG USA v. Laffitte Order on Motion for Extension of Time |
| **Date:** | Monday, August 21, 2023 1:57:21 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 8/21/2023 at 1:56 PM EDT and filed on 8/21/2023
**Case Name:** USA v. Laffitte
**Case Number:** 9:22-cr-00658-RMG
**Filer:**
**Document Number:** 325(No document attached)

**Docket Text:**
**TEXT ORDER: Defendant has moved, with the consent of the Government, for a one- week extension, until September 21, 2023, to report to the Bureau of Prisons to commence his sentence. (Dkt. No. 324). For good cause shown, the motion is granted. AND IT IS SO ORDERED. Entered at the direction of the Honorable Richard M Gergel on 8/21/23.(ltap, )**


**9:22-cr-00658-RMG-1 Notice has been electronically mailed to:**

Cheryl D Shoun     cshoun@maynardnexsen.com, AAikman@maynardnexsen.com, OLevineSass@maynardnexsen.com, lpatat@maynardnexsen.com

Mark Carroll Moore     mmoore@maynardnexsen.com, LSmith@maynardnexsen.com, mparente@maynardnexsen.com, swerdenie@maynardnexsen.com

Anne Hunter Young     anne.young@usdoj.gov, USA-SC-ECF-AFU-Notice@usa.doj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-COL@usdoj.gov, USASC.ECFDocketM@usdoj.gov, USASC.ECFFLU@usdoj.gov, USASC.ECFVWCOL@usdoj.gov, bridgette.ford@usdoj.gov, caseview.ecf@usdoj.gov, gayle.george@usdoj.gov, kristi.kohl@usdoj.gov, lesa.fischer@usdoj.gov, regina.addison@usdoj.gov, yvonne.donaldson@usdoj.gov

Winston D Holliday    winston.holliday@usdoj.gov, CaseView.ECF@usdoj.gov, Janice.Evans@usdoj.gov, USA-SC-ECF-AFU-Notice@usa.doj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-COL@usdoj.gov, dejane.baldwin@usdoj.gov, laura.edwards@usdoj.gov

Kathleen Michelle Stoughton    kathleen.stoughton@usdoj.gov, CaseView.ECF@usdoj.gov, Meghan.Finkbeiner@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, laura.edwards@usdoj.gov

Emily Evans Limehouse    Emily.Limehouse@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, denise.relyea@usdoj.gov, fkasell@usa.doj.gov, francie.kasell@usdoj.gov

Michael Antonio Parente    mparente@maynardnexsen.com, swerdenie@maynardnexsen.com

**9:22-cr-00658-RMG-1 Notice will not be electronically mailed to:**