# Exhibit D
*(Text Order on Second Motion)*

| | |
|---|---|
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 9:22-cr-00658-RMG USA v. Laffitte Order |
| **Date:** | Monday, September 18, 2023 10:20:35 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of South Carolina

### Notice of Electronic Filing

The following transaction was entered on 9/18/2023 at 10:19 AM EDT and filed on 9/18/2023
**Case Name:**     USA v. Laffitte
**Case Number:**     9:22-cr-00658-RMG
**Filer:**
**Document Number:** 332(No document attached)

**Docket Text:**
**TEXT ORDER as to Russell Lucius Laffitte: Defendant has filed a second motion for an extension of his reporting date to the BOP. (Dkt. No. 331). The Government previously consented to the first motion to extend Defendant's reporting date but has declined to consent to the second motion. The Government is directed, by 5:00 p.m. on September 19, 2023, to file a response to the current motion and explain its position regarding Defendant's request for a second extension. AND IT IS SO ORDERED. Entered at the direction of Honorable Richard M. Gergel on 9/18/23.(cper, )**

**9:22-cr-00658-RMG-1 Notice has been electronically mailed to:**

Cheryl D Shoun     cshoun@maynardnexsen.com, AAikman@maynardnexsen.com, OLevineSass@maynardnexsen.com, lpatat@maynardnexsen.com

Mark Carroll Moore     mmoore@maynardnexsen.com, LSmith@maynardnexsen.com, mparente@maynardnexsen.com, swerdenie@maynardnexsen.com

Anne Hunter Young     anne.young@usdoj.gov, USA-SC-ECF-AFU-Notice@usa.doj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-COL@usdoj.gov, USASC.ECFDocketM@usdoj.gov, USASC.ECFFLU@usdoj.gov, USASC.ECFVWCOL@usdoj.gov, bridgette.ford@usdoj.gov, caseview.ecf@usdoj.gov,

gayle.george@usdoj.gov, kristi.kohl@usdoj.gov, lesa.fischer@usdoj.gov, regina.addison@usdoj.gov, yvonne.donaldson@usdoj.gov

Winston D Holliday     winston.holliday@usdoj.gov, CaseView.ECF@usdoj.gov, Janice.Evans@usdoj.gov, USA-SC-ECF-AFU-Notice@usa.doj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-COL@usdoj.gov, dejane.baldwin@usdoj.gov, laura.edwards@usdoj.gov

Kathleen Michelle Stoughton     kathleen.stoughton@usdoj.gov, CaseView.ECF@usdoj.gov, Tamieka.Russell-Brown@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, laura.edwards@usdoj.gov

Emily Evans Limehouse     Emily.Limehouse@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, denise.relyea@usdoj.gov

Michael Antonio Parente     mparente@maynardnexsen.com, swerdenie@maynardnexsen.com

**9:22-cr-00658-RMG-1 Notice will not be electronically mailed to:**