FILED: September 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion to exceed the length limitation of the motion for release pending appeal, the court grants the motion and accepts the motion as filed.

For the Court

/s/ Nwamaka Anowi, Clerk