FILED: September 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion for release pending appeal, the court denies the motion.

Entered at the direction of Judge Heytens with the concurrence of Judge Agee and Judge Thacker.

            For the Court

            /s/ Nwamaka Anowi, Clerk