FILED: October 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk