FILED: November 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time for opening brief and appendix. Any further request for an extension of time in which to file the opening brief and appendix shall be disfavored. The briefing schedule is extended as follows:

      Joint appendix due: 12/27/2023

      Opening brief due: 12/27/2023

      Opening/response brief due: 01/17/2024

Response/reply brief due: 02/07/2024

Reply brief (if any) due: within 10 days from service of response/reply brief

                                             For the Court--By Direction

                                             <u>/s/ Nwamaka Anowi, Clerk</u>