# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 28, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-4509 (L), <u>US v. Russell Laffitte</u>
            9:22-cr-00658-RMG-1

TO:     Russell Lucius Laffitte

**JOINT APPENDIX CORRECTION DUE:  January 3, 2024**

Please make the corrections identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** and **SEALED JOINT APPENDIX** entries and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [✔] The joint appendix cover does not list all counsel for Russell Lucius Laffite. |
| [✔] Each volume of the joint appendix must have a cover and Table of Contents. |
| [✔] Please review all materials in the appendix and make sure any sealed/confidential documents are filed in the sealed appendix. |

- The Statement of Reasons was filed in the unsealed appendix.

Karen Stump, Deputy Clerk
804-916-2704