FILED:  January 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time for the opening/response brief. Any further request for an extension of time in which to file the opening/response brief shall be disfavored. The briefing schedule is extended as follows:

Opening/response brief due: 03/01/2024

Response/reply brief due: 03/22/2024

Reply brief (if any) due: within 10 days from service of response/reply brief

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk