FILED: February 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule, but counsel is advised that no further extensions will be granted for filing the opening/response brief absent a showing of extraordinary circumstances. The briefing schedule is extended as follows:

    Opening/response brief due: 03/22/2024

    Response/reply brief due: 04/12/2024

Any reply brief due within 10 days from service of response/reply brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk