**APPEAL NO. 23-4509 (L); CROSS APPEAL NO. 23-4566**

# In The United States Court of Appeals for the Fourth Circuit

———————————————

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee/Cross-Appellant,*

*versus*

**RUSSELL LAFFITTE,**

*Defendant-Appellant/Cross-Appellee.*

═══════════════

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, BEAUFORT DIVISION THE HONORABLE RICHARD M. GERGEL, PRESIDING**

———————————————

## SUPPLEMENTAL APPENDIX

———————————————

| | |
|---|---|
| **WILLIAM W. WILKINS, ESQ** | **KATHLEEN MICHELLE STOUGHTON** |
| **MAYNARD NEXSEN PC** | **EMILY EVANS LIMEHOUSE** |
| 104 South Street, Suite 700 | **WINSTON D. HOLLIDAY, JR.** |
| Greenville, SC 29601 | **OFFICE OF THE U.S. ATTORNEY** |
| Telephone: (864) 370-2211 | 1441 Main Street, Suite 500 |
| | Columbia, South Carolina 29201 |
| **JOHN C. NEIMAN, JR., ESQ** | Telephone: (803) 929-3000 |
| **MAYNARD NEXSEN PC** | |
| 1901 6th Avenue, Suite 1700 | *Counsel for Appellee/Cross-Appellant* |
| North Birmingham, Alabama 35203 | |
| Telephone: (205) 254-1000 | |

**MARK C. MOORE, ESQ**
**MICHAEL A. PARENTE, ESQ**
**MAYNARD NEXSEN PC**
1230 Main Street, Suite 700
Columbia, South Carolina 29201
Telephone: (803) 540-2146
Telephone: (803) 253-8247

*Counsel for Appellant/Cross-Appellee*

# **SUPPLEMENTAL APPENDIX**

# **TABLE OF CONTENTS**

Government's Exhibit 045 (Nov. 1, 2011 Email from RLL to AM to Charge Off 0 United Redbeard)..................................................................................SA001

Government's Exhibit 046 (Nov. 13, 022 Email re Berk Prop Loans) .............SA003

Government's Exhibit 047 (Dec. 12, 2011 Email re Payment of Redbeard and 0 United) ................................................................................................SA004

Government's Exhibit 048 (Dec. 20, 2011 Email re Call Me (PinckneyThomas) ..................................................................................................SA005

Government's Exhibit 049 (Dec. 27, 2011 Email re Payment of 0 United and Redbeard) ...........................................................................................SA006

Excerpt from Government's Exhibit 108 (Malik Williams Probate File Redacted) ..................................................................................................SA007

Excerpt from Exhibit 109 (Hakeem Pinckney Probate File Redacted) ............SA008

Excerpt from Exhibit 110 (Natasha Thomas Probate File Redacted) ...............SA011

Government's Exhibit 190 (AM Overdraft Status and Transfer Summary Chart) ..................................................................................................SA014

Excerpt from Government's Exhibit 196 (Natasha Thomas Lawyer Loan Redacted) .................................................................................... SA015

**From:** "Alex Murdaugh" <AMurdaugh@pmped.com>
**To:** "Russell L. Laffitte" <rlaffitte@palmettostatebank.com>
**Subject:** Re: Redbeard, LLC
**Date:** Tue, 1 Nov 2011 10:48:11 -0400
**Importance:** Normal

---

I will call u this aft

Sent from my iPhone

On Nov 1, 2011, at 10:12 AM, "Russell L. Laffitte" <rlaffitte@palmettostatebank.com> wrote:

Alex,

I have the loan renewal for Redbeard, LLC ready to be signed. I will need to collect $47,663.78 for the interest.

I have set the loan up in two separate loans. One is for $288,750. It is set up on a 10 year amortization on a 3 year balloon. The annual payments will be $38,791.71. The other loan is $381,102.69. This loan is set up on a single annual payment. As soon as we book the renewal, we will charge this loan off completely. You will not pay the interest or anything on it until the property is sold or the other loan is paid down.

We are doing this to comply with the FDIC. They want banks to realize the negative equity in the loan. This is why we are doing this. We expect to be paid in full, but we realize that it will be down the road before it can happen.

Please set up with Barrett, Josh Hulen, Thomas Boulware, and David Grubbs as to when they can come to Hampton to sign the renewals. Please have them bring a current financial statement with them also.

Thanks,

*Russell L. Laffitte*

Vice President

Palmetto State Bank
P.O. Box 158

RAM-000175

LAFFITTE_RESTRICTED_ACCESS_0128512

SA001

Hampton SC 29924

803-943-7694

rlaffitte@palmettostatebank.com

---

This communication is a confidential and proprietary business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.
===========================================================================================

RAM-000176

LAFFITTE_RESTRICTED_ACCESS_0128513

**From:** "Alex Murdaugh" <AMurdaugh@pmped.com>
**To:** "Russell L. Laffitte" <rlaffitte@palmettostatebank.com>
**Date:** Mon, 14 Nov 2011 09:06:01 -0500
**Importance:** Normal

When can u meet w me to talk about berkley prop loans

Sent from my iPhone

RAM-000177

LAFFITTE_RESTRICTED_ACCESS_0128514

SA003

**From:** "Alex Murdaugh" </O=PMPED/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AMURDAUGH>
**To:** "Russell L. Laffitte" <rlaffitte@palmettostatebank.com>
**Subject:** RE: Redbeard LLC
**Date:** Mon, 12 Dec 2011 15:50:12 -0000
**Importance:** Normal

No but I will pay it. When we talk I will remind you what we discussed. I need to put some money in mags acct can you put 3000 in hers

**From:** Russell L. Laffitte [mailto:rlaffitte@palmettostatebank.com]
**Sent:** Friday, December 09, 2011 1:07 PM
**To:** Alex Murdaugh
**Subject:** Redbeard LLC

Are your partners coming up with the money for the renewal? I need to do it before the end of the year.

Thanks,

*Russell L. Laffitte*
Vice President

Palmetto State Bank
P.O. Box 158
Hampton SC 29924
803-943-7694
rlaffitte@palmettostatebank.com

---------------------------------------------------------------------------------------

This communication is a confidential and proprietary business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.
================================================================================
===============

RAM-000179

LAFFITTE_RESTRICTED_ACCESS_0128516

SA004

**From:** "Alex Murdaugh" <AMurdaugh@pmped.com>
**To:** "rlaffitte@palmettostatebank.com" <rlaffitte@palmettostatebank.com>
**Date:** Tue, 20 Dec 2011 15:43:51 -0500
**Importance:** Normal

Can u call me

Sent from my iPhone

RAM-000180

LAFFITTE_RESTRICTED_ACCESS_0128517

SA005

**From:** "Alex Murdaugh" <AMurdaugh@pmped.com>
**To:** "Russell L. Laffitte" <rlaffitte@palmettostatebank.com>
**Subject:** Re:
**Date:** Tue, 27 Dec 2011 12:25:45 -0500
**Importance:** Normal

---

As son as we get bonus checks

Sent from my iPhone

On Dec 27, 2011, at 11:06 AM, "Russell L. Laffitte" <rlaffitte@palmettostatebank.com> wrote:

Alex,

When are we going to do redbeard and 0 united?

*Russell L. Laffitte*

Vice President

Palmetto State Bank

P.O. Box 158

Hampton SC 29924

803-943-7694

rlaffitte@palmettostatebank.com

---

This communication is a confidential and proprietary business communication. It is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.
=================================================================
===============

RAM-000181

LAFFITTE_RESTRICTED_ACCESS_0128518

SA006

# PROBATE COURT DOCKET SHEET

**FILING DATE:** 08/16/10
**CASE NUMBER:** 106C2500014-[
**DATE FIDUCIARY QUALIFIED:** 08/16/10
☐ CHECK IF G/C CASE IS A TRUST ESTATE

**ESTATE OR GUARDIANSHIP / CONSERVATORSHIP FOR:**
LAST: WILLIAMS    FIRST: MALIK    MIDDLE INITIAL:

☐ TESTATE    ☐ INTESTATE
☐ PERSONAL REPRESENTATIVE
☑ CONSERVATOR   ☐ GUARDIAN
LAST: LAFFITTE    FIRST: RUSSELL    MIDDLE INITIAL:

**STREET ADDRESS:** P.O. Box 158    **CITY:** Hampton    **STATE:** SC    **ZIP:** 29924    **TELEPHONE NUMBER:**

**ATTORNEY OR OTHER CONTACT:** LAST: Detrick    FIRST: J.    MIDDLE INITIAL: Paul

**STREET ADDRESS:**    **CITY:**    **STATE:**    **ZIP:**    **TELEPHONE NUMBER:** ( )

## EXCEPTIONS

☐ TAXABLE ESTATE    ☐ TAX CLOSING LETTER RECEIVED ____ DATE
☐ SMALL ESTATE AFFIDAVIT (62-3-1201)
☐ SUMMARY ADMINISTRATION/VERIFIED STATEMENT FILED (62-3-1203) ____ DATE
☐ CERTIFIED/EXEMPLIFIED COPY FROM
☐ WILL OR PAPERS FILED ONLY    ☐ WILL PROBATED ONLY    (DOMICILE)
☐ LITIGATION PENDING    ☐ LITIGATION RESOLVED ____ DATE
☐ OTHER

**DATE OF FINAL DISPOSITION:** 10/25/12    **JUDGE AT DISPOSITION:** 25
☐ FINAL ACCOUNTING RECEIVED ____
☑ PETITION FOR FINAL DISCHARGE    10-25-12
☑ FINAL DISCHARGE / LETTERS DISMISSORY (ALSO SHOWN AS DATE OF FINAL DISPOSITION) 10-25-12

## ESTATE CASE HISTORY / ELEMENTS OF CASE

| | DATE RECEIVED |
|---|---|
| ☐ NOTICE TO CREDITORS INITIALLY PUBLISHED | |
| ☐ CERTIFICATE OF PUBLICATION/PRINTER'S AFFIDAVIT | |
| ☐ INVENTORY AND APPRAISEMENT RECEIVED | |
| ☐ PROBATE COURT COST PAID $ | |
| ☐ NOTIFICATION SENT TO TAX COMMISSION (COPY TO SCCA) | |

**INTERIM ACCOUNTINGS** (PLEASE NOTE IF EXTENSION GRANTED)

## GUARDIANSHIP / CONSERVATORSHIP

**PROBATE COST PAID $** 95.00    DATE
**DATE OF BIRTH OF PROTECTED PERSON:**
**DATE INVENTORY RECEIVED:** 08/30/10
**LIST BELOW ALL ACCOUNTINGS RECEIVED** (PLEASE NOTE IF EXTENSION GRANTED)
Interim Actg filed 1/11/11

LIST ALL ACTIONS NOT LISTED ABOVE ON REVERSE SIDE
SCCA-201 (REV 11/98)    SOUTH CAROLINA COURT ADMINISTRATION
LIST ALL ACTIONS NOT LISTED ABOVE ON REVERSE SIDE

SA007

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
COUNTY OF: HAMPTON )
IN THE MATTER OF: Hakeem Pinckney ) **CONSERVATOR ANNUAL ACCOUNTING**
) CASE NUMBER: 2010GC250009

The undersigned Conservator submits this accounting, which covers the period from 9/8/10 through 11/30/11.

The documentation on page 2 of this form sets forth a complete accounting for the period specified, which is summarized as follows:

| | |
|---|---|
| Beginning Balance | 0 |
| Plus: Receipts | 0 |
| Subtotal | 0 |
| Less: Disbursements | 0 |
| Ending Balance | 0 |

The Conservator declares that this account has been examined and that its contents represent a correct statement of all receipts and disbursements and is true to the best knowledge and belief of the Conservator.

Executed this 6th day of Dec, 20 11.

SWORN to before me this 6th day of Dec, 20 11.

_mph L Tutor_
Notary Public for South Carolina
My Commission Expires: 04-19-2015

Signature: _[signature]_
Name: Russell Laffitte
Address: 601 West 1st Street
Hampton, SC 29924
Telephone (O): [redacted]
(H):



PROBATE
HAMPTON COUNTY
FILED
DATE 12/22/11
TIME 9:45

FORM #562PC (2/2004)
62-5-419

Page 1 of 2

SA008

| RECEIPTS (assets received into estate) | DISBURSEMENTS (assets disbursed/paid out from estate) |
|---|---|
| 0 | 0 |
| | |
| **TOTAL** | |

STATE OF SOUTH CAROLINA )   IN THE PROBATE COURT
COUNTY OF: HAMPTON )
)   **PETITION FOR DISCHARGE**
IN THE MATTER OF: Hakeem L. Pinckney )
) CASE NUMBER: 2010GC250009

☐ **GUARDIANSHIP**
☒ **CONSERVATORSHIP**

Petitioner:    Russell Laffitte

1. Nature of interest of undersigned: _____

2. Other pending proceedings relating to the above ward/protected person are:

3. **RELIEF SOUGHT:**

     ☐ A. Termination/Discharge because:
         ☒ Ward/Protected Person died on 10/11/11
         ☐ Guardian/Conservator died on _____
         ☐ Protected Person has reached the age of eighteen or has married.
         ☐ Guardian/Conservator was adjudicated incapacitated on _____, at

         ☐ Guardian/Conservator hereby offers resignation and requests Court acceptance.
         ☐ Will establishing Testamentary Guardianship was denied probate in a formal hearing on _____ at _____

     ☐ B. Readjudication of Incapacity
         ☐ The ward/protected person is no longer incapacitated.
         ☐ Special leave of Order dated _____ prohibiting petition prior to _____ is hereby requested because: _____

4. I request that the Court: (check all that apply)

     ☐ A. Consider and approve the final accounting.
     ☐ B. Adjudicate as to all unsettled liabilities
     ☒ C. Discharge, or set forth the conditions of the termination of the appointment of the Guardian/Conservator, and the release of the Fiduciary's bond, if any.
     ☐ D. Terminate the office.
     ☐ E. Other: _____
     ☐ F. Issue an Order of same, together with such other Orders as the law may require and as the Court may deem applicable and proper.

FORM #571PC (1/91)
62-5-103, 62-5-306, 62-5-307, 62-5-405, 62-5-406,
62-5-415, 62-5-416, 62-5-419, 62-5-430

PROBATE COURT
HAMPTON COUNTY SC
FILED
DATE 12/22/11
TIME 9:45

Page 1 of 2

SA010

STATE OF SOUTH CAROLINA )
COUNTY OF: HAMPTON )
IN THE MATTER OF: Natasha Thomas )
)

IN THE PROBATE COURT

**CONSERVATOR ANNUAL ACCOUNTING**

CASE NUMBER: 2010GC2500010

The undersigned Conservator submits this accounting, which covers the period from <u>10/6/10</u> through <u>11/30/11</u>.

The documentation on page 2 of this form sets forth a complete accounting for the period specified, which is summarized as follows:

| | |
|---|---|
| Beginning Balance | 0 |
| Plus: Receipts | 0 |
| Subtotal | 0 |
| Less: Disbursements | 0 |
| Ending Balance | 0 |

The Conservator declares that this account has been examined and that its contents represent a correct statement of all receipts and disbursements and is true to the best knowledge and belief of the Conservator.

Executed this 22th day of DEC, 20___

SWORN to before me this 6th day of DEC, 20 11

_____
Notary Public for South Carolina
My Commission Expires: 04-19-2015

Signature: _____
Name: Russell Laffitte
Address: 601 West 1st Street
Hampton, SC 29924
Telephone (O): ███████
(H): ███████

FORM #562PC (2/2004)
62-5-419

DATE 12/22/11
TIME 9:45

Page 1 of 2

CS#7-1-11-12

SA011

| RECEIPTS (assets received into estate) | DISBURSEMENTS (assets disbursed/paid out from estate) |
|---|---|
| 0 | 0 |
| | |
| **TOTAL** | |

FORM #562PC (2/2004)

Page 2 of 2

SA012

STATE OF SOUTH CAROLINA )
) IN THE PROBATE COURT
COUNTY OF: HAMPTON )
) **PETITION FOR DISCHARGE**
IN THE MATTER OF: Natasha Thomas )
) CASE NUMBER: 2010GC2500010

☐ **GUARDIANSHIP**
☒ **CONSERVATORSHIP**

Petitioner: Russell Laffitte

1. Nature of interest of undersigned: _____

2. Other pending proceedings relating to the above ward/protected person are:

3. <u>RELIEF SOUGHT</u>:

   ☐ A. Termination/Discharge because:
       ☐ Ward/Protected Person died on _____
       ☐ Guardian/Conservator died on _____
       ☒ Protected Person has reached the age of eighteen or has married.
       ☐ Guardian/Conservator was adjudicated incapacitated on _____, at
       _____
       ☐ Guardian/Conservator hereby offers resignation and requests Court acceptance.
       ☐ Will establishing Testamentary Guardianship was denied probate in a formal hearing on
       _____ at _____.

   ☐ B. Readjudication of Incapacity
       ☐ The ward/protected person is no longer incapacitated.
       ☐ Special leave of Order dated _____ prohibiting petition prior to
       _____ is hereby requested because: _____

4. I request that the Court: (check all that apply)

   ☐ A. Consider and approve the final accounting.
   ☐ B. Adjudicate as to all unsettled liabilities
   ☒ C. Discharge, or set forth the conditions of the termination of the appointment of the Guardian/Conservator, and the release of the Fiduciary's bond, if any.
   ☐ D. Terminate the office.
   ☐ E. Other: _____
   ☐ F. Issue an Order of same, together with such other Orders as the law may require and as the Court may deem applicable and proper.

FORM #571PC (1/91)
62-5-103, 62-5-306, 62-5-307, 62-5-405, 62-5-406,
62-5-415, 62-5-416, 62-5-419, 62-5-430

HAMPTON CO
FILED
DATE 12/22/11
TIME 9:45

Page 1 of 2

SA013



SA014

LAW OFFICES
# PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK
PROFESSIONAL ASSOCIATION

JOHN E PARKER
* CLYDE A. ELTZROTH, JR
J PAUL DETRICK
DANIEL E. HENDERSON
MARK D BALL
RANDOLPH MURDAUGH, IV
RONNIE L CROSBY
R ALEXANDER MURDAUGH
BERT G UTSEY, III
RANDOLPH MURDAUGH, III
GRAHAME E. HOLMES
LEE D COPE
MATTHEW V CREECH
LEAGUE B CREECH
STEVEN D MURDAUGH
WILLIAM F BARNES, III

* INACTIVE

101 MULBERRY STREET EAST
PO BOX 457
HAMPTON, SOUTH CAROLINA
29924-0457

RANDOLPH MURDAUGH, SR
(1887-1940)
RANDOLPH MURDAUGH, JR
(1915-1998)
J. ROBERT PETERS, JR.
(1927-2008)

TELEPHONE
(803) 943-2111
TOLL FREE
(866) 943-2113
FACSIMILE
(803) 943-3943
(803) 914-2014
WEBSITE
www.pmped.com

December 6, 2010

**VIA HAND DELIVERY**
Mr Russell Laffitte
Palmetto State Bank
601 W 1st St.
Hampton, SC 29924

Re:   *Russell Laffitte As Conservator for Natash Thomas*

Dear Russell.

We are handling a case for Natasha Thomas and she would like to obtain a loan from Palmetto State Bank in the amount of $2,500 00 her case should be settled or tried within the next year for an amount sufficient to repay the loan, plus interest Natasha Thomas, by signing this letter, is hereby assigning sufficient proceeds from his case to repay the loan

I have enclosed a self-addressed stamped envelope and ask that you forward a copy of the loan papers should you elect to approve the loan.

If you should have any questions, please call me at 803-943-2111 ext 239. Thank you in advance for your prompt assistance in this matter

With kind personal regards, I am

Sincerely,

*[signature]*
R. Alexander Murdaugh

RAM/bbh
I CONSENT·

*[signature]*
Natasha Thomas

*[signature]*

100 YEARS OF LEGAL SERVICE 1910-2010

PSB 180536

LAFFITTE_RESTRICTED_ACCESS_0101390

SA015