FILED: March 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to exceed the length limitations for briefs, the court grants leave to file the opening/response brief not in excess of 26,500 words.

For the Court

/s/ Nwamaka Anowi, Clerk