FILED: March 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4509 (L)
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RUSSELL LUCIUS LAFFITTE

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file a corrected redacted opening/response brief, the court grants the motion.

Corrected redacted opening/response brief due: 03/28/2024

Response/reply brief due: 04/18/2024

Any reply brief: 10 days from service of response/reply brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk