# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 25, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4509 (L), <u>US v. Russell Laffitte</u>
        9:22-cr-00658-RMG-1

TO:    United States of America

**BRIEF CORRECTION DUE: March 28, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✓] Not all pages in the brief are text-searchable. Please refile brief as a completely text-searchable PDF.

Karen Stump, Deputy Clerk
804-916-2704